UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| | ) | |
| IN RE: | ) | CASE NO. 11-42750 |
| EDWARD J. TWYMAN | ) | |
| And | ) | |
| KATHLEEN M. TWYMAN | ) | |
| . | ) | CHAPTER 7 |
| | ) | |
| | ) | |

DEBTORS' MOTION TO AVOID JUDICIAL LIEN –
HELD BY ATLANTIC CREDIT & FINANCE INC. AS ASSIGNEE FOR HSBC

Now come Edward J. Twyman and Kathleen M. Twyman (hereinafter, the "Debtors"), to request that this Honorable Court issue an Order Avoiding a Judicial Lien filed against the Debtors' residence at 22 Pleasant Street, Uxbridge, MA 01569 (the "Residence"). In support thereof, the Debtors state as follows:

1. On June 29, 2011, the Debtors filed a Voluntary Petition for Relief under Title 11 Chapter 7 of the United States Bankruptcy Code (the "Bankruptcy Code"), with the United States Bankruptcy Court for the District of Massachusetts.

2. On August 1, 2011, the Section 341 Meeting of Creditors was held. On that same date, the Chapter 7 Trustee filed a Report of No Distribution.

3. Pursuant to MLBR 4003-1, the Debtor states as follows:

1. The holder of the Judicial Lien sought to be a voided by this Motion is:

Atlantic Credit & Finance Inc. as Assignee
for HSBC
c/o Kenneth C. Wilson
Lustig, Glaser & Wilson, PC

PO Box 9127
Needham, MA 02492-9127

2. The Judicial Lien that this Motion seeks to avoid was granted, in the form of an Execution, on May 19, 2010, by the Uxbridge District Court, Commonwealth of Massachusetts (Docket No. 2010CV0000298). This Execution was recorded on May 26, 2010, at Worcester County Registry of Deeds, at Book 45840, Page 130. (Said Execution is referred to in this Motion as the "Judicial Lien.")

3. As of the date the Debtor's Petition was filed, the amount of the Judicial Lien was $4,875.03, plus interest from May 19, 2010.

4. The only other lien on the Debtor's Residence was one prior mortgage, which was recorded on October 10, 2006, at Worcester County Registry of Deeds at Book 39933, Page 85. This first mortgage is currently serviced by BAC Home Loans Servicing, LP, and as of the date of filing, had a principal balance outstanding in the approximate amount of $265,557.83. Thus, the total of the prior liens on the Debtor's residence, at the time of the filing of the Debtor's petition, was $265,557.83

5. The Debtor has a $500,000 homestead exemption that is impaired by the Judicial Lien, under Mass. General Laws, c.188, sec.1A.

6. The value of the Residence, as of the date of the petition, was approximately $189,900.00, as reflected by a recent opinion of value. (Schedule A of the petition shows a value of $173,300.00, which was the value estimated by zillow.com at the time the petition was filed. For purposes of this motion, it does not matter whether the higher value or the lower value is used.)

8. Pursuant to section 522(f)(2)(A), the Judicial Lien impairs the Debtor's homestead exemption to the extent that the sum of (i) the Judicial Lien ($4,875.03.), (ii) all other liens on the property ($265,557.83) and the amount of the exemption that the debtor could claim if there were no liens on the property ($189,900.00) (total: $460,332.86) exceeds the value that the Debtor's interest in the property would have in the absence of any liens ($189,900.00).

9. The Debtor contends that the entire Judicial Lien is voidable under Section 522(f)(1) of the Bankruptcy Code.

10. Attached hereto are copies of:

   a. The Debtor's Homestead Declaration, recorded on June 29, 2011 at Worcester County Registry of Deeds at Book 47536, Page 276. (Exhibit A).

   b. The Debtor's deed to the residence, recorded on Sept. 16, 2004 Worcester County Registry of Deeds at Book 34614, Page 217. (Exhibit B).

   c. A broker's opinion of value dated June 29, 2011, estimating the value of the Debtor's residence to be $189,900.00, and a printout from zillow.com dated June 29, 2011, estimating the value of the Debtor's residence to be $173,300.00. (Exhibit C).

   d. A copy of the Judicial Lien sought to be avoided herein, recorded May 26, 2010 at Worcester County Registry of Deeds at Book 45840, Page 130. (Exhibit D).

   e. A copy of a Statement for Debtors' first mortgage, May 17,2011, showing a principal balance of $265,557.83. (Exhibit E)

WHEREFORE, the Debtor respectfully requests that this Court enter an Order:

(i) That the Judicial Lien against the Debtor's Residence, recorded at Worcester County Registry of Deeds, Book 45840, Page 130, be avoided in its entirety, upon the entry of Debtors' discharge in this case.

(ii) That the creditor holding the Judicial Lien shall grant the Debtor a Release of the Judicial Lien upon the Debtors forthwith in a form satisfactory for recording with the Worcester County Registry of Deeds; and

(iii) Grant such other and further relief as may be just and proper.

Respectfully submitted, Edward J. Twyman and
Kathleen M. Twyman,
by their attorney

*/s/Edward J. Neville, III*

Edward J. Neville, III
One Center Plaza Suite 240
Boston, MA 02108
617-742-1166
BBO# 369810
ejn3esq@aol.com

Dated: September 30, 2011

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>MICHELLE A. ALBANO | CASE NO. 09-14591<br><br>CHAPTER 7 |

PROPOSED ORDER

For good cause shown, the Execution in favor of Atlantic Credit & Finance Inc. As Assignee for HSBC, recorded at Worcester County Registry of Deeds at Book 45840, Page 130 is hereby discharged in its entirety.

____________________________

Filing Fee $35

Exhibit A

# The Commonwealth of Massachusetts

William Francis Galvin, Secretary of the Commonwealth

2011 00062442
Bk: 47536 Pg: 276
Page: 1 of 2 06/28/2011 10:29 AM WD

## Declaration of Homestead for Homes Owned by Natural Persons *(General Laws Chapter 188)*

*In situations where the home is owned by multiple owners, each owner may be best served to complete a separate declaration of homestead.*

1. ☐ I, ____________________,
*(insert name of owner)*

☒ We, Edward J. Twyman and Kathleen M. Twyman,
*(insert name of owners)*

____________________,

____________________,

hereby declare homestead pursuant to M.G.L. c.188 and state that I/we own the home described below and occupy or intend to occupy the home as my/our principal residence.

### Owner Information

2. Check all the apply:

☐ I/we, ____________________ am elderly (62 years of age or older).
*(insert name (s))*

☐ I/we, ____________________
*(insert name (s))*

am/are disabled (have a physical or mental impairment that meets the disability requirements for Supplemental Security Income under 42 U.S.C. 1382c(a)(3)(A) and 42 U.S.C. 1382c(a)(3)(C). One of the following must be attached: 1) an original or certified copy of a disability award letter issued to the person by the United States Social Security Administration, or 2) a letter signed by a physician registered with the board of registration in medicine certifying that each person meets the disability requirements stated in 42 U.S.C. 1382c(a)(3)(A) and 42 U.S.C. 1382c(a)(3)(C).

☐ I am married to ____________________,
who is not a co-owner of the home but who occupies or intends to occupy the home as his/her principal residence.

### Home Information

3. Address: 22 Pleasant Street, Uxbridge, Massachusetts.
*(street number and name, city/town)*

4. Select **ONE** of the following:

☐ Deed is recorded in Worcester County *(district/county)* Registry of Deeds in 34614 *(book)* and 217 *(page)*

☐ Certificate of Title ______ *(number)* registered in the Land Registration Office ______ *(book)* and ______ *(page)*

☐ Inheritance from ____________________ *(name of previous owner)*, Docket number
__________ *(number)* in __________ *(county)*.

☐ For manufactured homes, license number ____________________
*(number)*

(over)

5. I/we, whose names are signed on this document, acknowledge that I/we sign it voluntarily for its stated purpose.

**To be signed by Applicant(s) in front of Notary Public.**

Signed under pains and penalties of perjury this

Edward J Twyman day of June 27, 2011.

Kathleen Twyman 6-27-11

**For Use by Notary Public Only:**

**COMMONWEALTH OF MASSACHUSETTS**

Suffolk, ss.

June 27, 2011, before me, the undersigned notary public, personally appeared Edward J Twyman and Kathleen M. Twyman,
*(name(s) of the document signer(s))*

proved to me through satisfactory evidence of identification, which were known to me,
*(drivers license, passport, etc.)*

to be the person(s) who signed the preceding or attached document in my presence, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of (his) (her) (their) knowledge and belief.

Notary Public: Edward J Neilley

My commission expires: 12/13/17
Dec. 13, 2017



ATTEST: WORC. Anthony J. Vigliotti, Register

Exhibit B

MASSACHUSETTS QUITCLAIM DEED INDIVIDUAL (LONG FORM) 882

WE, STEPHEN D. BRITT AND SANDRA A. BRITT

of 22 Pleasant Street, Uxbridge, Worcester County, Massachusetts,

*being* ~~un~~*married*, for consideration paid, and in full consideration of TWO HUNDRED THIRTY FIVE THOUSAND DOLLARS ($235,000.00)

grant to EDWARD J. TWYMAN and KATHLEEN M. TWYMAN, husband and wife as tenants by the entirety, *

of 22 Pleasant Street, Uxbridge, Mass. 01569 with **quitclaim covenants**

the land in said Uxbridge, Worcester County, Massachusetts, with the buildings thereon the westerly side of Pleasant Street, consisting of four adjoining parcels and together they are bounded ~~xxxxxxxxxxxxxxxxxxxx~~ and described as follows:

BEGINNING: AT THE SOUTHWESTERLY CORNER OF THE PREMISES HEREIN DESCRIBED ON THE WESTERLY SIDE OF SAID STREET AND AT CORNER OF LAND NOW OR FORMERLY OF FRANCIS B. CASSIDY ET UX, SAID POINT OF BEGINNING BEING THE SOUTHEASTERLY CORNER OF LOT # 5 AS SHOWN ON PLAN OF "DIVISION OF PROPERTY OWNED BY BLANCHE C. KERNS," DATED APRIL 1949, FRANCIS J. BRENNAN, SURVEYOR, RECORDED WITH WORCESTER DISTRICT DEEDS, PLAN BOOK 183, PLAN 75;

THENCE: N. 81° 58' W. BY SAID CASSIDY LAND, 130 FEET TO AN IRON PIPE AT THE SOUTHWESTERLY CORNER OF SAID LOT # 5 ON SAID PLAN;

THENCE: WESTERLY BY SAID CASSIDY LAND, 18 FEET TO LAND FORMERLY OF ONE SEWEST:

THENCE: NORTHERLY BY SAID SEWEST LAND FOLLOWING STONE WALL FOR THE GREATER DISTANCE OF THIS COURSE, 50 FEET TO AN IRON PIPE AT CORNER OF LAND OF ONE COLEMAN, FORMERLY OF KEARNS;

THENCE: EASTERLY BY SAID COLEMAN LAND, 18 FEET TO THE NORTHWESTERLY CORNER OF SAID LOT # 5 ON SAID PLAN:

THENCE: CONTINUING EASTERLY BY SAID LOT # 5, BOUNDING SAID COLEMAN LAND, 55 FEET TO A STONE MARKER;

THENCE: EASTERLY BY SAID COLEMAN LAND, FORMERLY OF KEARNS, FOLLOWING RETAINING WALL FOR THE FREATER DISTANCE OF THIS COURSE, 63 FEET TO SAID PLEASANT STREET;

THENCE: SOUTHERLY BY SAID STREET, 10 FEET TO THE NORTHEASTERLY CORNER OF SAID LOT # 5 ON SAID PLAN;

THENCE: S. 3° 24' E. BY SAID STREET 4.47 FEET TO A POINT IN SAID STREET LINE;

THENCE: S. 7° 19' E. BY SAID STREET 46.58 FEET TO THE POINT OF BEGINNING.

BEING: THE SAME PREMISES AS CONVEYED TO STEPHEN D. BRITT AND SANDRA A. BRITT BY DEED OF GEORGE W. LEFRANCOIS AND EILEEN D. LEFRANCOIS, DATED 1977 AND RECORDED WITH WORCESTER DEEDS IN BOOK 6319 PAGE 137.

EASEMENT: A PERMANENT EASEMENT TO USE FOR ALL LEGAL PURPOSES THAT PORTION OF THE PREMISES SHOWN AS A "DRIVEWAY EASEMENT", CONTAINING 337.31 SQUARE FEET OF LAND, ON A PLAN OF LAND ENTITLED "EASEMENT PLAN PREPARED FOR STEPHEN BRITT IN UXBRIDGE, MA" RECORDED WITH WORCESTER DEEDS IN PLAN BOOK 679 PLAN 117.

BEING: THE PREMISES CONVEYED TO STEPHEN D. BRITT AND SANDRA A. BRITT BY DEED OF JOHN R. COLEMAN AND MARGUERITE R. COLEMAN, DATED FEBRUARY 1994 AND RECORDED IN BOOK 16080, PAGE 178 WORCESTER REGISTRY OF DEEDS.

PROPERTY ADDRESS: 22 PLEASANT STREET, UXBRIDGE, MA 01569

2004 00169518
Bk: 34614 Pg: 217 Doc: DEED
Page: 1 of 2 09/16/2004 11:03 AM

Return to:
Knight Law Offices
369 Washington St.
Dedham, MA 02026

(*Individual — Joint Tenants — Tenants in Common.)

(D) 100

Witness our hands and seals this 16th day of September 2004

STEPHEN D. BRITT

SANDRA A. BRITT

Commonwealth of Massachusetts
County of Worcester

On this the 16th day of Sept 2004, before me, Martin F. Zajac, the undersigned notary public, personally appeared Stephen D. Britt and Sandra A. Britt proved to me through satisfactory evidence of identity, which were personal knowledge and Mass Drivers License, to be the persons whose names are signed on the preceding document, and acknowledged to me that they signed it voluntarily for its stated purpose.

MARTIN F. ZAJAC, NOTARY
DECEMBER 30, 2005

~~The Commonwealth of Massachusetts~~

~~ss.~~ DATE

~~Then personally appeared the above named~~

~~and acknowledged the foregoing instrument to be~~ ~~free act and deed, before me~~

~~[illegible]~~

~~My commission expires~~

MASSACHUSETTS EXCISE TAX
Worcester District ROD #20 001
Date: 09/16/2004 11:03 AM
Ctrl# 025660 07978 Doc# 00169516
Fee: $1,071.60 Cons: $235,000.00

CHAPTER 183 SEC. 6 AS AMENDED BY CHAPTER 497 of 1969

Every deed presented for record shall contain or have endorsed upon it the full name, residence and post office address of the grantee and a recital of the amount of the full consideration thereof in dollars or the nature of the other consideration therefor, if not delivered for a specific monetary sum. The full consideration shall mean the total price for the conveyance without deduction for any liens or encumbrances assumed by the grantee or remaining thereon. All such endorsements and recitals shall be recorded as part of the deed. Failure to comply with this section shall not affect the validity of any deed. No register of deeds shall accept a deed for recording unless it is in compliance with the requirements of this section.

ATTEST: WORC. Anthony J. Vigliotti, Register

Exhibit C

# DERUSEAU REAL ESTATE
## 20 SOUTH MAIN STREET
## UXBRIDGE, MA. 01569
## Phone 508-278-3132
## FAX 508-278-6755

June 29, 2011

RE: Appraisal of property located on 22 Pleasant Street, Uxbridge,Ma.

Owner- Edward and Kathleen Twyman

Dear Edward and Kathleen,

I hereby certified that I have personally inspected the property located on 22 Pleasant Street, Uxbridge, Ma. Subject to the assumption and limiting conditions set forth in this report. To the best of my knowledge, the statements and conditions used as a basis for this letter of opinion are correct and true.

I have no present or contemplated future interest in the appraised property and there is no compensation for making this report.

Based on a comparative market analysis at the time of the inspection of the subject property, Saturday, June 28, 2011 in its present condition and as it is presently being used under the zoning laws set forth in the town of Uxbridge. I have determined that the fair market value of this property as is and as it is presently being used is:

ONF HUNDRED, EIGHTY-NINE THOUSAND and NINE HUNDRED DOLLARS. –(House and Land)______________________________$189,900.00

Respectfully submitted,

Karen M. Sherlock
Deruseau Real Estate
Mass Real Estate License #0330523



Map US Massachusetts Uxbridge

Views: 4

## 22 Pleasant St

**Zestimate®: $173,300**

Rent Zestimate: $1,100/mo
Mortgage payment: $693/mo
See current rates on Zillow
Check your 2011 Credit Score for $0

| | |
|---|---|
| Bedrooms: | 2 |
| Bathrooms: | 1 |
| Sqft: | 1,162 |
| Lot size: | 6,098 sq ft / 0.14 acres |
| Property type: | Single Family |
| Year built: | 1954 |
| Parking type: | -- |
| Cooling system: | -- |
| Heating system: | |
| Fireplace: | Yes |
| Last sold: | September 16 2004 |

More facts




No photos available for this property

### Description

This 1162 square foot single family home has 2 bedrooms and 1.0 bathrooms. It is located at 22 Pleasant St Uxbridge, Massachusetts. This home is in the Uxbridge School District. The nearest schools are Taft Elementary School, Whitin Intermediate and Uxbridge High School.

Post for sale/rent Save E-mail Edit Share Map Print

**Charts and Data** On June 13, the Zestimate algorithm and history were updated. Learn more

| | Value | Range | 30-day change | $/sqft | Last updated |
|---|---|---|---|---|---|
| Zestimate | $173,300 | $132K - $319K | -$2,900 | $149 | 06/24/2011 |
| Rent Zestimate | $1,100/mo | $825 - $1.4K/mo | $0 | $0.95 | 06/21/2011 |
| Owner Comment | Post a comment | | | | |

Show
- Zestimate ($)
- Zestimate (% change)
- Rent Zestimate ($)
- Listing price
- Tax assessment
- Tax paid
- Page views

Time period
- 1 month
- 1 year
- 5 years
- 10 years

See Your 2011 Credit Scores Free!



**Maps and Views**

Map | Bird's Eye View | Street View

View home on larger map

Local amenities provided by

- Zestimates
- Schools
- Grocery Stores
- Coffee and Bakery
- Parks
- Restaurants
- Gas Stations

**Drive time**

Enter address...

**Financing**

**Loan program**

- Purchase
- Refinance

**Location**

Massachusetts

Zillow Mortgage Marketplace

| Lender | Rate | APR | Fees |
|---|---|---|---|
| Omega Mortgage (4) | 4.250% | 4.413% | $4,679 |
| Aurora Financial - A Direct Lender (7) | 4.250% | 4.417% | $4,795 |
| Roundpoint Mortgage (186) | 4.250% | 4.421% | $4,902 |

See more quotes



Bk: 45840 Pg: 130

Exhibit D

# EXECUTION

DOCKET NUMBER
201065CV000098

Trial Court of Massachusetts
District Court Department

CASE NAME ATLANTIC CREDIT & FINANCE INC AS ASSIGNEE FOR HSBC vs. KATHLEEN M. TWYMAN

JUDGMENT CREDITOR(S) IN WHOSE FAVOR EXECUTION IS ISSUED
P01 ATLANTIC CREDIT & FINANCE INC AS ASSIGNEE FOR HSBC

CURRENT COURT
Uxbridge District Court
261 South Main Street
Uxbridge, MA 01569-1690
(508) 278-2455

JUDGMENT CREDITOR (OR CREDITOR'S ATTORNEY) WHO MUST ARRANGE SERVICE OF EXECUTION
P01 KENNETH C. WILSON
LUSTIG, GLASER & WILSON, P.C.
P.O. BOX 9127
NEEDHAM, MA 02492-9127

FURTHER ORDERS OF THE COURT

2010 00054882
Bk: 45840 Pg: 130
Page: 1 of 3 05/26/2010 02:53 PM WD

A TRUE COPY ATTEST
DEPUTY SHERIFF

JUDGMENT DEBTOR AGAINST WHOM EXECUTION IS ISSUED
D01 KATHLEEN M. TWYMAN
22 PLEASANT STREET
UXBRIDGE, MA 01569

**TO THE SHERIFFS OF THE SEVERAL COUNTIES OR THEIR DEPUTIES, OR (SUBJECT TO THE LIMITATIONS OF G.L. c. 41 § 92) ANY CONSTABLE OF ANY CITY OR TOWN WITHIN THE COMMONWEALTH:**

The judgment creditor(s) named above has recovered judgment against the judgment debtor named above in the amount shown below.

**WE COMMAND YOU,** therefore, from out of the value of any real or personal property of such judgment debtor found within your territorial jurisdiction, to cause payment to be made to the judgment creditor(s) in the amount of the "Execution Total" shown below, plus additional postjudgment interest as provided by G.L. c. 235 § 8 on the "Judgment Total" shown below commencing from the "Date Execution Issued" shown below at the "Annual Postjudgment Interest Rate" shown below, and to collect your own fees, as provided by law. This Writ of Execution is valid for twenty years from the "Date Judgment Entered" shown below. It must be returned to the court, along with your return of service, within ten days after this judgment has been satisfied or discharged, or after twenty years if this judgment remains unsatisfied or undischarged.

| | |
|---|---|
| 1. Judgment Total | $4,841.60 |
| 2. Date Judgment Entered | 04/28/2010 |
| 3. Date Execution Issued | 05/19/2010 |
| 4. Number of Days from Judgment to Execution *(Line 3 - Line 2)* | 21 |
| 5. Annual Postjudgment Interest Rate of 12.00% / 365 = Daily Interest Rate | 0.032877% |
| 6. Postjudgment Interest from Judgment to Execution *(Lines 1x4x5)* | $33.43 |
| 7. Postjudgment Costs *(if any)* | $0.00 |
| 8. Credits *(if any)* | $0.00 |
| 9. **EXECUTION TOTAL** *( Lines 1 + 6 + 7, minus Line 8)* | $4,875.03 |
| LEVYING OFFICER: (a) Add daily interest from date execution issued. | |
| (b) Add your fees as provided by law: | |

TESTE OF FIRST JUSTICE
**WITNESS:** Hon. Paul A. Losapio

DATE EXECUTION ISSUED
05/19/2010

CLERK-MAGISTRATE/ASST. CLERK
X Gerald A. Lavoie

FORM NO.

184A 3788

Date/Time Printed: 05/19/2010 09:43 AM

**Worcester, SS. Worcester** **May 26, 2010**

By virtue of an Execution which issued on a Judgment in favor of

**Atlantic Credit & Finance Inc As Assignee For HSBC**
against Judgment Debtor **Kathleen M. Twyman**
**22 Pleasant Street, Uxbridge MA 01569**
which was rendered on **April 28, 2010** said Execution having been placed in my hands for the purpose of taking the lands of said Judgment Debtor, I have this day at 9:05A.M. seized and taken all right, title and interest which said Judgment Debtor had not exempt by law from attachment or levy on execution in and to a certain parcel of land in said **Uxbridge** bounded and described as follows:

(See Attached Legal Description)

The above is a true copy of so much of my return as relates to the seizure of Real Estate. And I suspend further action at this time on the written request of the Plaintiff's attorney.

Mail to:

ATTEST: [signature]
**Tammy A Lemieux**
**Deputy Sheriff**

**Ronald E. Lusitg, Esq.**
**Lustig, GLaser & Wilson PC**
**PO Box 9127**
**Needham MA**

the land in said Uxbridge, Worcester County, Massachusetts, with the buildings thereon the westerly side of Pleasant Street, consisting of four adjoining parcels and together they are bounded xxxxxxxxxxxxxxxxxxx and described as follows:

BEGINNING: AT THE SOUTHWESTERLY CORNER OF THE PREMISES HEREIN DESCRIBED ON THE WESTERLY SIDE OF SAID STREET AND AT CORNER OF LAND NOW OR FORMERLY OF FRANCIS B. CASSIDY ET UX, SAID POINT OF BEGINNING BEING THE SOUTHEASTERLY CORNER OF LOT # 5 AS SHOWN ON PLAN OF "DIVISION OF PROPERTY OWNED BY BLANCHE C. KERNS," DATED APRIL 1949, FRANCIS J. BRENNAN, SURVEYOR, RECORDED WITH WORCESTER DISTRICT DEEDS, PLAN BOOK 183, PLAN 75;

THENCE: N. 81° 58' W. BY SAID CASSIDY LAND, 130 FEET TO AN IRON PIPE AT THE SOUTHWESTERLY CORNER OF SAID LOT # 5 ON SAID PLAN;

THENCE: WESTERLY BY SAID CASSIDY LAND, 18 FEET TO LAND FORMERLY OF ONE SEWEST:

THENCE: NORTHERLY BY SAID SEWEST LAND FOLLOWING STONE WALL FOR THE GREATER DISTANCE OF THIS COURSE, 50 FEET TO AN IRON PIPE AT CORNER OF LAND OF ONE COLEMAN, FORMERLY OF KEARNS;

THENCE: EASTERLY BY SAID COLEMAN LAND, 18 FEET TO THE NORTHWESTERLY CORNER OF SAID LOT # 5 ON SAID PLAN:

THENCE: CONTINUING EASTERLY BY SAID LOT # 5, BOUNDING SAID COLEMAN LAND, 55 FEET TO A STONE MARKER;

THENCE: EASTERLY BY SAID COLEMAN LAND, FORMERLY OF KEARNS, FOLLOWING RETAINING WALL FOR THE FREATER DISTANCE OF THIS COURSE, 63 FEET TO SAID PLEASANT STREET;

THENCE: SOUTHERLY BY SAID STREET, 10 FEET TO THE NORTHEASTERLY CORNER OF SAID LOT # 5 ON SAID PLAN;

THENCE: S. 3° 24' E. BY SAID STREET 4.47 FEET TO A POINT IN SAID STREET LINE;

THENCE: S. 7° 19' E. BY SAID STREET 46.58 FEET TO THE POINT OF BEGINNING.

BEING: THE SAME PREMISES AS CONVEYED TO STEPHEN D. BRITT AND SANDRA A. BRITT BY DEED OF GEORGE W. LEFRANCOIS AND EILEEN D. LEFRANCOIS, DATED 1977 AND RECORDED WITH WORCESTER DEEDS IN BOOK 6319 PAGE 137.

EASEMENT: A PERMANENT EASEMENT TO USE FOR ALL LEGAL PURPOSES THAT PORTION OF THE PREMISES SHOWN AS A "DRIVEWAY EASEMENT", CONTAINING 337.31 SQUARE FEET OF LAND, ON A PLAN OF LAND ENTITLED "EASEMENT PLAN PREPARED FOR STEPHEN BRITT IN UXBRIDGE, MA" RECORDED WITH WORCESTER DEEDS IN PLAN BOOK 679 PLAN 117.

BEING: THE PREMISES CONVEYED TO STEPHEN D. BRITT AND SANDRA A. BRITT BY DEED OF JOHN R. COLEMAN AND MARGUERITE R. COLEMAN, DATED FEBRUARY 1994 AND RECORDED IN BOOK 16080, PAGE 178 WORCESTER REGISTRY OF DEEDS.

PROPERTY ADDRESS: 22 PLEASANT STREET, UXBRIDGE, MA 01569

ATTEST: WORC. Anthony J. Vigliotti, Register

Exhibit F



Bank of America Home Loans

Customer Service
PO Box 5170
Simi Valley, CA 93062-5170

Statement date 05/17/2011
**Account Number 148364807**
Property address
22 Pleasant St.

0001731 01 MB 0.387 **AUTO T0 0 2973 01569-1830
MSR CA AG 0000----0--2--- M22692 IN 1 P01732
EDWARD J TWYMAN
22 Pleasant St
Uxbridge MA 01569-1830

**FOR CUSTOMER SERVICE: 1.866.653.6183**

## —CALL TO LEARN MORE ABOUT TERM LIFE INSURANCE—

What expenses would your family have if you were gone tomorrow? To receive a quote for term life insurance, call 1.800.228.7652 to speak with a licensed agent from Banc of America Insurance Services, Inc.

Bank of America Corporation. All rights reserved. Insurance products are offered through Banc of America Insurance Services, Inc. (doing business in New York as Banc of America Insurance Agency) ("BAISI"). BAISI is a licensed insurance agency and nonbank subsidiary of Bank of America, N.A. BAISI is compensated as an agency for the services it provides to customers on behalf of insurance companies. Such compensation may include commissions and other performance based compensation. Insurance products offered through BAISI:

ARE NOT FDIC INSURED - ARE NOT BANK GUARANTEED - MAY LOSE VALUE - ARE NOT DEPOSITS - ARE NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY - ARE NOT A CONDITION TO ANY BANKING SERVICE OR ACTIVITY

052011 M22692 ARP6W4A1

**HOME LOAN SUMMARY**

| Home loan overview as of 05/17/2011 | | Amount due on 06/01/2011 as of 05/17/2011 | |
|---|---|---|---|
| Principal Balance | $265,557.83 | Home loan payment due 06/01/2011 | $1,400.04 |
| Escrow balance | -$26.72 | (see next page for account details) | |
| Late Charge if payment received after 06/16/2011 | $29.81 | | |

**DID YOU KNOW?** **You Can Make Your Payment By Phone.** There is a $15.00 fee for using the automated pay-by-phone service, or if you choose to process a payment through a Customer Service Representative, there is a $20 fee for this service.

Calls may be monitored or recorded to ensure quality service. We may charge you a fee (of up to $40.00) for any payment returned or rejected by your financial institution, subject to applicable law.

Account number **148364807** (5)
Edward J Twyman
22 Pleasant St.
Uxbridge, MA 01569

Payment due **June 1, 2011** ***$1,400.04**
After **June 16, 2011** late payment *** $1,429.85**
*Payment amount includes late charges. See Home Loan Details for breakdown.

**PAYMENT INSTRUCTIONS**

1. Please
   - don't send cash
   - don't staple the check to the payment coupon
   - don't include correspondence
   - include coupon with payment
2. Write the account number on the check or money order.

Make the check payable to
**BAC Home Loans Servicing, LP**
Attn: Remittance Processing
Box 15222
Wilmington, DE 19886-5222

**SEE OTHER SIDE FOR IMPORTANT INFORMATION** 2973

BAC Home Loans Servicing, LP
PO BOX 15222
WILMINGTON, DE 19886-5222

Additional Principal

Additional Escrow

Check total

148364807500000140004000142985

⑆586990058⑆ 148364807⑈

## HOME LOAN DETAILS

**Monthly payment breakdown as of 05/17/2011**

| | |
|---|---|
| Principal and/or interest payment | $993.63 |
| Escrow payment amount | 376.60 |
| Outstanding late charges | 29.81 |
| **Total monthly home loan payment** | **$1,400.04** |

**Loan type and term**

| | |
|---|---|
| Loan type | Conv ARM w/PMI |
| Contractual remaining term | 29 Years, 8 Months |
| Interest rate | 2.000% |

**Escrow account expenses**

*We are responsible for the payment of the following escrow items with the exception of the items marked with an asterisk (*).*
*The payment of the items marked with an asterisk (*) is the responsibility of the homeowner.*

| *Description* | *Payee* | *Policy number/Tax ID* | *Frequency* | *Next due date* | *Amount due* |
|---|---|---|---|---|---|
| City taxes | Uxbridge Town Tax Collector | 24A242300000 | Annual | 07/01/2011 | 643.82 |
| Homeowners insurance | Merrimack Mutual Fire Ins | HP2390690 | Annual | 09/15/2011 | 601.00 |
| City taxes | Uxbridge Town Tax Collector | 24A242300000 | Annual | 10/01/2011 | 643.81 |
| City taxes | Uxbridge Town Tax Collector | 24A242300000 | Annual | 01/01/2012 | 1,171.07 |
| City taxes | Uxbridge Town Tax Collector | 24A242300000 | Annual | 04/01/2012 | 1,171.06 |

**Home loan activity since your last statement**

| *Date* | *Description* | *Principal* | *Interest* | *Escrow* | *Late charge* | *Total* |
|---|---|---|---|---|---|---|
| 05/17/2011 | May payment | $550.12 | 443.51 | 267.92 | | 1,261.55 |
| | | | | | 29.81 | 29.81 |
| 05/17/2011 | Misc posting | | | -$26.72 | | |
| | ****Ending balance** | **$265,557.83** | | | | |

****NOTE: The ending balance is probably not the same as the amount to payoff your loan. For payoff information, you may use our 24-hour automated information system at 1.800.669.5833.**

**CREDIT REPORTING NOTICE**

## TO CONTACT US

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**For up-to-the-minute information about the account,** use our 24-hour automated information system. To ask us about this statement or account information, call **1.866.653.6183**, Mon - Fri, 8am to 9pm Eastern Time. Calls may be monitored and/or recorded for service quality purposes. *Se habla español.* 1.800.295.0025.
TDD 1.800.300.6407
**Please have the account number available when you call.**

Or write to us at:
The address for general inquiries and all RESPA Qualified Written Requests is:
BAC Home Loans Servicing, LP, Attn:
Customer Service CA6-919-01-41, PO Box 5170, Simi Valley, CA 93062-5170

Tax Dept CA6-913-LB-01, PO Box 10211, Van Nuys, CA 91410-0211
Insurance Dept., TX2-977-01-03, PO Box 961206, Fort Worth, TX 76161-0206
Payments, Attn: Remittance Processing PO Box 15222, Wilmington, DE 19886-5222
*Overnight deliveries Retail Payment Services, DE5-023-03-01, Christiana III, 900 Samoset Drive, Newark, DE 19713-6002
Our website www.bankofamerica.com
Your account information is available in Spanish on the site mentioned above.
*The facility at this address does not accept walk-up payments, it accepts overnight mail only. Payments can be made by Phone, Online, Mail, or at Bank of America Banking Centers.

Bank of America, N.A. Member FDIC. Bank of America, N.A. and BAC Home Loans Servicing, LP, a subsidiary of Bank of America, N.A., are Equal Housing Lenders. © 2011 Bank of America Corporation. Trademarks are the property of Bank of America Corporation. All rights reserved.

Account Number **148364807**
E-mail use: Providing your e-mail address(es) below will allow us to send you information on your account
Edward J Twyman
E-mail address

E-mail address

**How we post your payment:** All accepted payments of principal a interest will be applied to the longest outstanding installment due, unless otherwise expressly prohibited or limited by law. If you submit an amount in addition to your scheduled monthly amount, v will apply your payments as follows: (i) to outstanding monthly payments of principal and interest, (ii) escrow deficiencies, (iii) la charges and other amounts you owe in connection with your loan and (iv) to reduce the outstanding principal balance of your loan. Please specify if you want an additional amount applied to future payments, rather than principal reduction.
**Postdated checks** will be processed on the date received unless a loan counselor agrees to honor the date written on the check as a condition of a repayment plan. Payments by phone received by 6:0 PM Pacific Time on a business day will be effective the same day Payments by phone received after 6:00 PM Pacific Time or on a nonbusiness day/holiday will be applied to your account no later t the next business day.

For all full month payment periods, interest is calculated on a monthly basis. Accordingly, interest for all full months, including February, is calculated as 30/360 of annual interest, irrespective o the actual number of days in the month. For partial months, intere is calculated daily on the basis of a 365 day year.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>EDWARD J. TWYMAN<br>And<br>KATHLEEN M. TWYMAN | CASE NO. 11-42750<br><br><br>CHAPTER 7 |

CERTIFICATE OF SERVICE
DEBTOR'S MOTION TO AVOID JUDICIAL LIEN
HELD BY ATLANTIC CREDIT & FINANCE INC. AS ASSIGNEE FOR HSBC

I, Edward J. Neville, III, Esq., attorney for the Debtors, Edward J. Twyman and Kathleen M. Twyman, hereby certify that I have this day served a copy of the enclosed Debtors' Motion to Avoid Judicial Lien Held by Atlantic Credit & Finane Inc. as Assignee for HSBC with the United States Bankruptcy Court for the District of Massachusetts, using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

David M. Nickless, Esq. (Chapter 7 Trustee)

Richard King, Esq. (Office of the US Trustee)

Edward J. Neville (Attorney for Debtors)

I further certify that I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following parties in interest:

Atlantic Credit & Finance Inc.
as Assignee for HSBC
c/o Kenneth C. Wilson, Esq.
Lustig, Glaser & Wilson, PC
PO Box 9127
Needham, MA 02492-9127

BAC Home Loan Servicing, LP
Customer Service CA6-919-01-41
PO Box 5170
Simi Valley, CA 93062-5170

(Prior mortgage holder – First mortgage)

Edward J. Twyman
Kathleen M. Twyman (Debtors)
22 Pleasant Street
Uxbridge, MA 01569

_/s/EdwardJ.Neville,III_
Edward J. Neville, III
One Center Plaza Suite 240
Boston, MA 02108
617-742-1166
BBO# 369810
ejn3esq@aol.com

September 30, 2011