**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| In re:<br><br>EDWARD J TWYMAN AND<br>KATHLEEN M TWYMAN<br><br>Debtors | )<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 7<br>Case No. 11-42750-MSH |

**ORDER REGARDING**
**MOTION TO AVOID JUDICIAL LIEN**

At Worcester in said District this 19th day of October, 2011.

This matter having come before the Court on the debtors' Motion to Avoid Judicial Lien [# 16] (the "Motion") in which the debtors seek to avoid the judicial lien of Advantage Assets II Inc. as Assignee for Citibank, encumbering the property located at 22 Pleasant Street, Uxbridge, MA 015689 and recorded at the Worcester Registry of Deeds in Book 46541, Page 47, and after due consideration, the Motion is ALLOWED, subject to the following terms and conditions:

1. The judicial lien of Advantage Assets II Inc. as Assignee for Citibank is avoided pursuant to 11 U.S.C. § 522(f).

2. Pursuant to 11 U.S.C. § 349(b)(1)(B) said judicial lien shall be reinstated if the case is dismissed unless the Court, for cause, subsequently orders otherwise.

By the Court,

Melvin S. Hoffman
U.S. Bankruptcy Judge